UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 26, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MACNAMARA,<br><br>Defendant. | Case No. 2:19-cr-00107-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN MACNAMARA,

Case No. 2:19-cr-00107-KJM Charge 18 USC § 1962(d); 21 USC §§ 846, 841(a)(1); 21 USC §841(a)(1), from custody for the following reasons:

    **X**     Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

    **X**     (Other): Third Party Custody of Gary Mac Namara and the terms and conditions as stated on the record.

Issued at Sacramento, California on June 26, 2019 at 2:30 pm.

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney