UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 26, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN MACNAMARA,

    Defendant.

Case No. 2:19-cr-00107-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KEVIN MACNAMARA ,

Case No.  2:19-cr-00107-KJM   Charge 18 USC § 1962(d); 21 USC §§ 846, 841(a)(1); 21 USC §841(a)(1) , from custody for the following reasons:

    **X**    Release on Personal Recognizance

    \_\_\_\_    Bail Posted in the Sum of $ _____

    \_\_\_\_    Unsecured Appearance Bond $ _____

    \_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_    Appearance Bond with Surety

    \_\_\_\_    Corporate Surety Bail Bond

    **X**    (Other): Third Party Custody of Gary Mac Namara and the terms and conditions as stated on the record.

Issued at Sacramento, California on June 26, 2019 at  2:30 pm  .

By:  *[signature]*

Magistrate Judge Carolyn K. Delaney