PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND SETTING A STATUS CONFERENCE DATE FOR DEFENDANTS KEVIN MACNAMARA AND KATHLEEN NOLAN; FINDINGS AND ORDER |
| v. | |
| RONALD YANDELL, et al., | |
| Defendants. | |

## STIPULATION

1. Defendants Kevin MacNamara and Kathleen Nolan are co-defendants with four defendants set to commence trial on February 26, 2024. Defendants MacNamara and Nolan are severed from that trial group but their cases remain pending. For all remaining defendants, including MacNamara and Nolan, the Court ordered time excluded from the Speedy Trial Act under Local Codes T2 and T4 through the start of the trial on February 26, 2024. ECF 1629, 1504 (stipulated exclusion as to Nolan).[1]

---

[1] Defendant Nolan did not appear in this case until March 31, 2023, when the magistrate court held her initial appearance on the Superseding Indictment in the Eastern District of California. ECF 1479. The Magistrate Judge arraigned the defendant and she entered not guilty pleas on that date. ECF 1479.

STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

2. Defendants MacNamar and Nolan desire to set a status conference and exclude time from the Speedy Trial Act on a date after the estimated conclusion of trial for the remaining co-defendants. Accordingly, the parties respectfully request to set a further status conference in the case for June 24, 2024.

3. By this stipulation, the parties now move for a finding of excludable time under Local Codes T2 and T4 as to defendants MacNamara and Nolan between February 26, 2024, and the status conference date of June 24, 2024.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The disclosures in this case are complex and voluminous. The Court has previously found the case to be complex under Local Code T2. ECF 988. Substantial productions of discovery (more 108,000 items, including *Jencks* disclosures) have previously been disclosed. In addition, the case has featured an evidentiary hearing as well as substantial motion practice and hearings on those motions and trial will soon commence as to the co-defendants. The trial will generate substantial additional items necessary for defense preparation, including witness transcripts and exhibits offered into evidence. Counsel for defendants MacNamara and Nolan will need substantial time to review the existing discovery, including recently-released *Jencks* material, as well as the transcripts and evidence adduced at trial, determine which motions to review and decide whether to review or order transcripts of proceedings previously held in this case. Time should therefore be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2].

   b) In addition, there are a number of pending motions. Time is therefore also excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) [Local Code E].

   c) Counsel for defendants MacNamara and Nolan believe that failure to grant the above-requested exclusion of time would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based upon the matters detailed above, the ends of justice served by continuing the case as requested outweigh the interest of the public and defendants MacNamara and Nolan in a trial

STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

within the original date prescribed by the Speedy Trial Act.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 16, 2024                     PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ *Jason Hitt*
                                             JASON HITT
                                             Assistant United States Attorney


Dated:  January 16, 2024                     /s/ *Chris Cosca*
                                             CHRIS COSCA, Esq.
                                             Authorized to sign for Mr. Cosca on 1-15-24
                                             Counsel for Defendant
                                             KATHLEEN NOLAN


Dated:  January 16, 2024                     /s/ *Betty J. Williams*
                                             BETTY J. WILLIAMS, Esq.
                                             Authorized to sign for Ms. Williams on 1-15-24
                                             Counsel for Defendant
                                             KEVIN MACNAMARA

STIPULATION EXCLUDING TIME  UNDER THE SPEEDY TRIAL ACT

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of January, 2024.  The status conference is set for June 24, 2024, at 9:00 a.m.

_____
CHIEF UNITED STATES DISTRICT JUDGE