1  BETTY J. WILLIAMS, SBN 224793
   LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.
2  3600 American River Drive, Suite 135
   Sacramento, CA 95864
3  Telephone: (916) 488 8501
4  Facsimile: (916) 488-8196
   Email: betty@williamstaxlaw.com
5
6  Attorneys for Defendant
   KEVIN MACNAMARA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | |
| v. | **REQUEST TO SEAL DOCUMENT AND ORDER** |
| KEVIN MACNAMARA, | |
| Defendant. | Judge: Honorable Kimberly J. Mueller |

The Defendant hereby files this Request to Seal Document and [Proposed] Order pursuant to Local Rules 141 and 141(b) of the United States District Court, Eastern District of California.

The document sought to be sealed is a Notice of Motion and Motion to Suppress with unredacted personal identifying information. The document was filed with the Court, as docket entry #2398 on July 24, 2024.

Defendant seeks to permanently seal this document from public disclosure only.

Respectfully Submitted,

July 24, 2024

 /s/ Betty Williams_____
Betty Williams
Attorney for Defendant
Kevin Macnamara

**O R D E R**

Good cause appearing, Defendant's Request to Seal Document is granted for Notice of Motion and Motion to Suppress entry docket #2398 is granted.

DATED: July 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE