IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-0107 KJM |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CHARGES AS TO KEVIN MACNAMARA PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| KEVIN MACNAMARA, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States and the attached Exhibit A, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 2:19-CR-01907 KJM against defendant Kevin MacNamara in the Indictment and the Superseding Indictment are hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATE:  March 7, 2025.

_____
UNITED STATES DISTRICT JUDGE